JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND TOM JARVIS and RAYMONDA JEAN JARVIS, <br>                         Debtor(s). <br> UNITED STATES OF AMERICA, <br>                         Appellant(s) <br> v. <br> RAYMOND TOM JARVIS and RAYMONDA JEAN JARVIS, <br>                         Appellee(s). | Case No.:  CV 20-960-DMG <br><br> Related Case No.: <br> 2:20-cv-02314-DMG <br><br> Bankruptcy Case No.: <br> 2:18-bk-22249-WB <br><br><br> ORDER RE DISMISSAL OF ACTION [8] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023. The parties shall bear their own attorneys' fees and costs.

DATED:  April 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc:  Bankruptcy Court

1